IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JANE DOE,

          Plaintiff,

v.                                                         Case No. 25-2270-JWB

KANSAS DEPARTMENT FOR AGING AND DISABILITY SERVICES, et al.,

          Defendants.

**MEMORANDUM AND ORDER**

This matter is before the court on Magistrate Judge Angel Mitchell's Report and Recommendation ("R&R") which recommends dismissal of this action for failure to comply with court orders. Plaintiff has not objected to the R&R and the time for doing so has now passed. The R&R is ADOPTED and this matter is DISMISSED for the reasons stated herein.

**I.    Facts and Procedural History**

On May 17, 2025, Plaintiff filed this complaint against Defendants Kansas Department for Aging and Disability Services and Wanda Handy. (Doc. 1.) Plaintiff filed this action pro se and using a pseudonym. On May 21, Magistrate Judge Mitchell issued an order to show cause why the complaint should not be dismissed because Plaintiff failed to seek leave to proceed by pseudonym. (Doc. 6.) The order gave Plaintiff a June 6 deadline to either file a motion to proceed by pseudonym or file an amended complaint with her real name. Plaintiff failed to comply with the court's order.

Plaintiff also filed a motion for leave to proceed in forma pauperis. (Doc. 3.) However, she utilized the incorrect form to do so. On May 21, Magistrate Judge Mitchell denied Plaintiff's motion to proceed in forma pauperis due to Plaintiff utilizing the incorrect form and ordered her

1

to pay the filing fee or file a renewed motion to proceed in forma pauperis utilizing the correct form by June 13. (Doc. 5.) The order also warned Plaintiff that her case would likely be dismissed for failing to comply. Plaintiff again failed to comply with the court's order.

On June 25, Magistrate Judge Mitchell issued the R&R in which she recommended dismissal of this action for Plaintiff's failures to comply with court orders. (Doc. 8.) The R&R was sent to Plaintiff by certified mail. Plaintiff refused service on July 5, 2025. (Doc. 9.)

## II. Standard

"In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985)). Under Federal Rule of Civil Procedure 41(b), a district court may dismiss an action *sua sponte* if "the plaintiff fails to prosecute or to comply with these rules or a court order." *See also Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (finding that this Rule allows "courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders").

Pro se pleadings are construed liberally, but a district court cannot assume the role of an advocate. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). And pro se plaintiffs must follow the same rules of procedure that govern represented litigants. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005).

## III. Analysis

Magistrate Judge Mitchell recommends dismissal of Plaintiff's complaint for failure to comply with court orders, including failure to seek leave to proceed by pseudonym and pay the filing fee in this matter. The record clearly demonstrates that Plaintiff has failed to comply with

directives by this court. Further, Plaintiff has recently refused service on mail that is clearly indicated as coming from the court.

After review, the court finds that dismissal without prejudice for failure to comply with this court's orders is warranted.

**IV.    Conclusion**

Magistrate Judge Mitchell's R&R is ADOPTED and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED. Dated this 19th day of August, 2025.

>    s/ John W. Broomes
> JOHN W. BROOMES
> UNITED STATES DISTRICT JUDGE